Same case below, 388 Fed. Appx. 248.

**No. 10-1127. Dexter Lancelot Rodney, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 975, 131 S. Ct. 2883, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3433.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 393 Fed. Appx. 859.

**No. 10-1142. Michael Selig, Petitioner v. Robert Roeshman.**

563 U.S. 975, 131 S. Ct. 2884, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3434, ▮

May 2, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

**No. 10-1159. Kathy Ann Garcia-Lawson, Petitioner v. Jeffrey P. Lawson.**

563 U.S. 975, 131 S. Ct. 2886, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3449.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 398 Fed. Appx. 572.

**No. 10-1180. Dennis G. Kral, et al., Petitioners v. City of Chicago, Illinois.**

563 U.S. 975, 131 S. Ct. 2887, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3507.

May 2, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1181, 376 Ill. Dec. 783, 1 N.E.3d 116.

**No. 10-1188. Norman W. Adair, et al., Petitioners v. Commissioner of Internal Revenue.**

563 U.S. 975, 131 S. Ct. 2887, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3374.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 621 F.3d 890.

**No. 10-1190. Nelson Cintron, Petitioner v. United States.**

563 U.S. 975, 131 S. Ct. 2888, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3437.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 495.

**No. 10-1205. Antonio Miguel Arias, aka Gilberto Miranda, Petitioner v. United States.**

563 U.S. 976, 131 S. Ct. 2889, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3496.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 404 Fed. Appx. 554.